566

Downey Coal Company, Appellant, v. Live Stock National Bank of Chicago, Trustee, et al., Appellees.

Gen. No. 41,488.

Heard in second division, first district, this court at October term, 1940; opinion filed May 14, 1942. William C. Burns and John J. Enright, Jr., for appellant; Winston, Strawn & Shaw, Mayer Meyer, Austrian & Platt and Butz, Von Ammon & Marx, for appellees; James H. Cartwright, Albert W. Potts, Raymond J. Friend and Rodney C. Glover, of counsel. Opinion by PRESIDING JUSTICE SCANLAN. "Not to be published in full."

Crown Automotive Sales and Manufacturing Company, Appellee, v. Lee M. Goldstein, Trading as Lee M. Goldstein and Company, Appellant.

Gen. No. 41,660.

Heard in second division, first district, this court at April term, 1941; opinion filed May 14, 1942; rehearing denied June 5, 1942. Henry S. Blum, for appellant; Cohon & Goldstein, for appellee. Opinion by PRESIDING JUSTICE SCANLAN. "Not to be published in full."